# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0818. TERYL CLEMENTS v. PNC BANK NATIONAL ASSOCIATION.**

This case began as a dispossessory proceeding in magistrate court. After the magistrate court issued a writ of possession in favor of PNC Bank National Association ("PNC"), Teryl Clements appealed to the superior court. The superior court also entered a writ of possession in favor of PNC, and Clements filed a notice of appeal. We, however, lack jurisdction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Clements did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/12/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*